552 F.2d 368
 95 L.R.R.M. (BNA) 2627, 82 Lab.Cas. P 10,147
 N. L. R. B.
v.
Florida Steel Corp.***
 No. 76-3835
 United States Court of Appeals, Fifth Circuit
 4/27/77
 
 1
 N.L.R.B., Fla.
 
 ENFORCED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966